NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NAGY FARAG,                              )
                                         )
        Appellant,               )
                                         )
v.                                       )          Case No. 2D17-1661
                                         )
HELANA FARAG,                            )
                                         )
        Appellee.                )
_____ )

Opinion filed July 11, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack Helinger, Judge.

Michael J. Park of Park, Ossian,
Barnaky & Park, P.A., Clearwater, for
Appellant.

Jennifer J. Kennedy of Abbey, Adams,
Byelick & Mueller, LLP, St. Petersburg,
for Appellee.

PER CURIAM.

        Affirmed.

KELLY, VILLANTI, and KHOUZAM, JJ., Concur.